# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2597 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 197 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 80082 |
| | : | |
| DOUGLAS ANDREW GRANNAN, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of July, 2019, upon consideration of the Report and Recommendations of the Disciplinary Board, Respondent's Petition for Review and Request for Oral Argument, and the Office of Disciplinary Counsel's response, the petition for review and request for oral argument are denied.  *See* Pa.R.D.E. 208(e)(4) (providing for oral argument in disciplinary matters in limited circumstances).  Respondent Douglas Andrew Grannan is suspended from the Bar of this Commonwealth for a period of one year and one day.  He shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).